UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:07 CR 409-04 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| KEVIN TERRELL TYLER, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh, regarding the change of plea hearing of , which was referred to the Magistrate Judge with the consent of the parties.

On November 15, 2007 the government filed a forty-one count indictment, charging Defendant, Kevin Terrell Tyler, with Conspiracy to Possess and Distribute at least five kilograms or more of cocaine in violation of Title 21 United States Code, Section 846; Conspiracy to Launder Monetary Instruments in violation of Title 18 United States Code, Section 1956(h); Money Laundering in violation of Title 18 United States Code, Section 1956(a)(1)(B)(i) and 2; and Money Laundering in violation of Title 18 United States Code, Section 1956(a)(1)(B)(I).  On December 5, 2007, Defendant Tyler was arraigned and entered a

plea of not guilty before Magistrate Judge James S. Gallas.  On August 14, 2008, Magistrate

Judge Kenneth S. McHargh received Defendant Tyler's plea of guilty to counts 3, 4, 5, 37-40 of

the Superseding Indictment and issued a Report and Recommendation ("R&R") concerning

whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it

was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant

Tyler is found to be competent to enter a plea and to understand his constitutional rights.  He  is

aware of the charges and of the consequences of entering a plea.  There is an adequate factual

basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and

voluntarily.  The plea agreement is approved.

Therefore, Defendant Tyler is adjudged guilty of Counts 3, 4, 5, 37-40 of the Superseding

Indictment, in violation of Title 21 United States Code, Section 846; Title 18 United States

Code, Section1956(h); Title 18 United States Code Section 1956(a)(1)(B)(i) and 2.   Sentencing

will be on November 13, at 1:30 p.m. in Courtroom 17-A, Carl B. Stokes United States Court

House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*/s/SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE